UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
|     Plaintiff, | | No. CR. S-04-0470 FCD |
|     v. | | |
| SALVADOR GARCIA-REAL | | **RELATED CASE ORDER** |
|     Defendant. | / | |
| UNITED STATES OF AMERICA, | | |
|     Plaintiff, | | No. CR. S-09-182 JAM |
|     v. | | |
| SALVADOR GARCIA-REAL, | | |
|     Defendant. | / | |

      Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same defendant and are based on similar questions of fact, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1  The parties should be aware that relating the cases under Local Rule 123 merely has the
2 result that these actions are assigned to the same judge; no consolidation of the actions is
3 effected.
4  IT IS THEREFORE ORDERED that the action denominated, CR.S-09-0182 JAM is
5 reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set
6 in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed
7 in the reassigned cases shall be shown as **CR. S-09-0182 FCD**.
8  IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
9 assignment of criminal cases to compensate for this reassignment.
10  IT IS SO ORDERED.
11 DATED: September 15, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE