```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SALVADOR GARCIA-REAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR. S-04-0470-FCD |
| ) | CR. S-09-0182-FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE AND |
| ) | ADMIT/DENY HEARING |
| SALVADOR GARCIA-REAL ) | |
| ) | |
| Defendant. ) | Date: November 15, 2010 |
| ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED between the parties, MICHELE BECKWITH, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant SALVADOR GARCIA-REAL, that the status conference and admit/deny hearing of October 18, 2010 be vacated, and the matter be set for status conference and admit/deny hearing on November 15, 2010 at 10:00 a.m.

The reason for the continuance is to allow the parties additional time to negotiate a resolution to this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the signing of this Order, up to and including November 15, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: October 13, 2010

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*

DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
SALVADOR GARCIA-REAL

Dated:  October 13, 2010

BENJAMIN B. WAGNER
United States Attorney

*/s/ Michele Beckwith*

MICHELE BECKWITH
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference and admit/deny hearing presently set for October 18, 2010, be continued to November 15, 2010 at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court

finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, up to and including, November 15, 2010 be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:  October 14, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE